IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 701 |
| | : | |
| APPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| | : | |
| JUDICIAL DISCIPLINE | : | |

# **O R D E R**

PER CURIAM:

AND NOW, this 30th day of June, 2016, Doris C. Williams,* Allegheny County, is hereby appointed as a member of the Court of Judicial Discipline for a term expiring February 19, 2020.

*Non-lawyer elector